## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DAVID KEITH FARLEY,

    Petitioner,                      Civil No. 04-CV-72222-DT
                                      HONORABLE GEORGE CARAM STEEH
v.                                  UNITED STATES DISTRICT JUDGE

BLAINE C. LAFLER,

    Respondent,
_____/

## JUDGMENT

    The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on October 24, 2005.

    IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED.

    Dated at Detroit, Michigan, this 24th, day of October, 2005.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                    BY: s/Josephine Chaffee
                                                       DEPUTY COURT CLERK